BANDEL, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by Charles F. Bandel against the City of New York and another. No opinion. Judgment affirmed, with costs, on the opinion

of Mr. Justice Putnam at Special Term. See, also, 69 Misc. Rep. 93, 124 N. Y. Supp. 869.